UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUANITA TORRES | § | |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| ROY OWENS CONSTRUCTION | § | |
| COMPANY AND CHRISTOPHER | § | |
| LACEY | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Please take notice that Defendants, Roy Owens Construction Company and Christopher Lacey, hereby remove to the Court the state action described below pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of the removal and in accordance with the requirements of 28 U.S.C. § 1446, Defendants, Roy Owens Construction Company and Christopher Lacey, state as follows:

1. Roy Owens Construction Company and Christopher Lacey are defendants in a civil action brought on October 23, 2015, in the 36th Judicial District Court of San Patricio County, Texas. Pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendants remove this action to the United States District Court for the Southern District of Texas, Corpus Christi Division, which is the judicial district and division in which the action is pending.

2. On October 23, 2015, a civil action was commenced, in the 36th Judicial District Court of San Patricio County, Texas, entitled *Juanita Torres v. Roy Owens Construction Company and Christopher Lacey;* Cause No. S-15-5901CV-A. A copy of Plaintiff's Original Petition is attached to the Civil Docket Sheet and State Court Documents Index.

3.  On November 4, 2015, Defendant, Roy Owens Construction Company, was served with a copy of Plaintiff's Original Petition, which was this Defendant's first receipt of the initial pleading filed by the Plaintiff. On November 4, 2015, Defendant, Christopher Lacey, was served with a copy of Plaintiff's Original Petition.  On November 10, 2015, Defendant, Christopher Lacey, was served again with a copy of Plaintiff's Original Petition.  On November 24, 2015, Defendants filed their Original Answer.

4.  Copies are attached to this notice as required by 28 U.S.C. §1446(a) and Local Rule 81 of the United States District Court, Southern District of Texas, as listed below:

- All executed process in this case;

- Pleadings asserting causes of action and all answers to such pleadings, including Plaintiff's Original Petition and Defendants, Roy Owens Construction Company and Christopher Lacey's Original Answer;

- Clerk's Docket Sheet (*no entries*) from Cause No. S-15-5901CV-A styled *Juanita Torres v. Roy Owens Construction Company and Christopher Lacey*, pending in San Patricio County, 36th Judicial District Court;

- An Index of Matters Being Filed with this Notice of Removal; and

- A List of Counsel of Record, including addresses, telephone numbers, and parties represented.

## JURISDICTION AND VENUE

5.  The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. § 1332 (Diversity Jurisdiction), and is one which may be removed to this Court pursuant to Title 28 U.S.C. § 1441. There is complete diversity of citizenship amongst the parties and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.  Plaintiff is a citizen of Texas residing in San Patricio County, Texas.

7. At the time suit was filed, and at the time of this removal action, Defendant, Roy Owens Construction Company, was and is a corporation, organized and formed under the laws of the State of Missouri, with its principal place of business in the state of Missouri, and who is diverse to Plaintiff's citizenship. At the time suit was filed and at the time of this removal, Defendant, Christopher Lacey, was and is a citizen of the state of Missouri, residing in Dunklin county, and who is diverse to Plaintiff's citizenship.

8. Defendants consent to this removal action.

9. Venue is proper in the Southern District of Texas, Corpus Christi Division, because this district and division embrace the place in which the action is pending.

10. The amount in controversy exceeds the sum of Seventy-Five Thousand and 00/Dollars ($75,000.00), exclusive of interest and costs, as evidenced by the attached copy of the Civil Case Information Sheet wherein counsel for Plaintiff states that the damages sought in this cause of action are "more than $1,000,000." Plaintiff alleges injuries and damages arising from an incident which occurred on or about March 28, 2015, in San Patricio County, Texas.

11. Defendants, Roy Owens Construction Company and Christopher Lacey, file this notice of removal within 30 days after their first receipt of a copy of the Plaintiff's initial pleading setting forth the claim for relief upon which this cause of action is based.

12. Additionally, this court would have original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the action had originally been brought in federal court. Accordingly, Defendants may properly remove the State Court action pursuant to 28 U.S.C. § 1441.

13. Defendants, Roy Owens Construction Company and Christopher Lacey, will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

14. Plaintiff has demanded a jury trial in the state court suit.

Respectfully submitted,

By: /s/David J. Dunn
David J. Dunn, Attorney-in-Charge
State Bar No. 06243500; Fed. ID No. 2438
611 S. Upper Broadway
Corpus Christi, Texas 78401
361-883-1594
361-883-1599 Telecopy
dunndj@swbell.net

ATTORNEY-IN-CHARGE FOR DEFENDANTS, ROY OWENS CONSTRUCTION COMPANY AND CHRISTOPHER LACEY

OF COUNSEL:
DUNN, WEATHERED, COFFEY & KASPERITIS, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
361-883-1594
361-883-1599 Telecopy

## CERTIFICATE OF SERVICE

      I, David J. Dunn, do hereby certify that a true and correct copy of the foregoing instrument was forwarded in accordance with the Federal Rules of Civil Procedure on this the 1st day of December, 2015, to the following:

**Via Electronic Service**
Thomas J. Henry
Greg W. Turman
THOMAS J. HENRY INJURY ATTORNEYS
521 Starr Street
Corpus Christi, Texas 78401

ATTORNEYS FOR PLAINTIFF

                        /s/ David J. Dunn
                        David J. Dunn